**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-1917

---

RONALD I. NANCE,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General,
United States Postal Service,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-99-257)

---

Submitted: January 31, 2001          Decided: March 19, 2001

---

Before WIDENER, WILKINS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Angela Newell Gray, GRAY, NEWELL, JOHNSON & BLACKMON, L.L.P., Greensboro, North Carolina, for Appellant. Walter C. Holton, Jr., United States Attorney, Lynn P. Klauer, Assistant United States Attorney, Greensboro, North Carolina; Lori J. Dym, Brian M. Reimer, UNITED STATES POSTAL SERVICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald I. Nance appeals from the district court's order award-ing summary judgment to the Postal Service on his employment dis-crimination claims. Our review of the record, the parties' briefs, and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Henderson, No. CA-99-257 (M.D.N.C. June 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2